United States District Court
Southern District of Texas
FILED

APR 25 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN<br>APPELLANT | § | CIVIL ACTION NO: B-02-073 |
| V. | | |
| CHARLES B. FELDMAN<br>APPELLEE | | |

### APPELLEE'S LIST OF INTERESTED PARTIES

Appellee Mike Boudloche ("Plan Trustee") lists the following parties to be financially interested in the Appeal:

1. CKS Asset Management, Inc., Creditor
   Attorney:   Matthew A. Rosenstein
               420 American Bank Plaza
               Corpus Christi, TX 78475
               Off:   361/883-5577
               Fax:   361/883-5590

               Richard Grant
               3102 Oak Lawn #700
               Dallas, TX 75219
               Off:   214/777-5081
               Fax:   214/777-5082

2. Parkwell Investments, Inc., Creditor
   Attorney:   Ron Simank
               Schauer & Simank
               615 N. Upper Broadway, Ste. 2000
               Corpus Christi, TX 78476
               Off:   361/884-2800
               Fax:   361/884-2822

3. Mike Boudloche, Plan Trustee
   Attorney:   Michael B. Schmidt
               712 American Bank Plaza
               Corpus Christi, TX 78475
               Off:   361/884-9949
               Fax:   361/884-6000

1

4.    Colin Kelly Kaufman, Applicant/former Plan Trustee
      Attorney:    Colin Kaufman
                    P. O. Box 1662
                    Corpus Christi, TX 78403
                    Off:   361/888-8865
                    Fax:  361/888-8172

5.    Charles B. Feldman/Charles Feldman Investments, Debtor/Appellee
      Attorney:    James P. Moon
                    1401 Elm St., Ste. 3300
                    Dallas, TX 75202-2946
                    Off:   972/248-5885
                    Fax:  972/931-1452

                                  Respectfully submitted:

                                  LAW OFFICES OF MICHAEL B. SCHMIDT

                          By:_____
                                  Michael B. Schmidt
                                  712 American Bank Plaza
                                  Corpus Christi, Texas 78475
                                  Office: 361/884-9949
                                  Fax:   361/884-6000
                                  E-Mail: mbsatty@swbell.net
                                  TBN: 17775200
                                  ATTORNEY FOR PLAN TRUSTEE, APPELLEE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Appellee's List of Interested Parties was mailed by first class mail, postage prepaid on this ____ day of April, 2002 to those listed below:

Colin Kaufman
1106 Third Street
Corpus Christi, TX 78404

Charles B. Feldman
Charles Feldman Investments
926 Lantana St.
Harlingen, TX 78550

2

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Barbara Kurtz
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476

Nancy Holley
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002

Ronald A. Simank
615 North Upper Broadway, Ste. 200
Corpus Christi, TX 78477

James P. Moon
1401 Elm St., Ste. 3300
Dallas, TX 75202-2946

Steven A. Ditto
CKS Asset Management
6116 N. Central Expressway, Ste. 260
Dallas, TX 75206

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 78475

_____
Michael B. Schmidt