IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2002

Michael N. Milby
Clerk of Court

IN RE:
CHARLES B. FELDMAN          §
    DEBTOR

COLIN KELLY KAUFMAN         §
    APPELLANT               §     CA NO. B-02-073

V.                          §     CA NO. B-02-074

MIKE BOUDLOCHE, TRUSTEE     §
    APPELLEE                §

## MOTION FOR CONTINUANCE

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

HEARING HAS BEEN SET ON THIS MOTION FOR _____.

Now come Michael Boudloche, Trustee in the above-entitled and numbered cause, and make this his first verified Motion for Continuance and in support thereof show:

I.

This Court has set a pretrial conference on the above styled appeals for August 26, 2002 at 1:30p.m. Both the Trustee and his counsel of record, Michael B. Schmidt, will be at a Chapter 7 Trustee Seminar scheduled in Colorado from August 22, 2002 through August 25, 2002 (travel date of August 26) and therefore moves to reset this pretrial conference to September 10, 2000 at 2:00

p.m.

## II.

This continuance is not sought for delay only, but that justice may be done.

WHEREFORE, Michael Boudloche, Movant, requests that the hearing now set in the above-entitled and numbered appeals be removed from their present setting of August 26, 2002 and be rescheduled for September 10, 20002 at 2:00 p.m.

DATED: July 19, 2002

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By:_____
Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, Texas 78475
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200
E-Mail: m_schmid@swbell.net
ATTORNEY FOR TRUSTEE

## VERIFICATION

STATE OF TEXAS        §

COUNTY OF NUECES      §

Before me, the undersigned, on this day personally appeared Michael B. Schmidt, Attorney for Michael Boudloche, Trustee, in the above-entitled and numbered appeals; that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.

_____
Michael B. Schmidt

Subscribed and sworned to before me on this 19th day of July, 2002, to certify which witness my hand and seal of office.

_____
Notary Public - State of Texas



SHARON YARNELL
Notary Public, State of Texas
My Commission Expires
06-02-2005

## AFFIDAVIT OF CONFERENCE

I have confer with Appellant and he is OPPOSED to this Motion for Continuance.

_____
Michael B. Schmidt

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 19th day of July, 2002 by regular U. S. mail, to the persons named below:

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Colin Kaufman
1106 Third St.
Corpus Christi, TX 78404-2312

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 7847

James Moon
6001 Summerside Dr. Ste 200
Dallas, TX 75252

Ron Simank
615 N. Upper Broadway, Ste 2000
Corpus Christi, TX 78476

Charles B. Feldman
Charles Feldman Investments
P. O. Box 3266
Harlingen, TX 78551

_____
Michael B. Schmidt