United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

10

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Charles Feldman §
§
versus §   CIVIL ACTION NO. CAB-02-73
§
Mike Boudloche, Trustee §
§

ORDER STRIKING DOCUMENT #9

The Clerk has filed your Motion F/Continuance, however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

    a. ☐ No statement of opposition or non-opposition (L.R.7.2).

    b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☒ Other: No Federal I.D. for M. Schmidt Also. Both cases listed on the same pleading. Cases are not consolidated

The document is stricken from the record.

Date: 7/29/02

_____
UNITED STATES DISTRICT JUDGE