United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: | District Court Civil Case # B-02-073 |
| Charles B. FELDMAN dba | District Court Civil Case # B-02-074 |
| Charles B. Feldman Investments | In Bankruptcy Case # 90-01254-B-11 |
| Debtor | In Chapter 11 |
| Colin Kelly KAUFMAN, Appellant | Appeal No. 02-05 |
| vs. | and |
| CKS ASSET MANAGEMENT, INC. & Michael BOUDLOCHE, Appellees | Appeal No. 02-06 |

Font: Korinna

## APPELLANT'S MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Colin Kelly Kaufman, the Appellant, and for his Original Motion for the Court to Take Judicial Notice, respectfully shows the Court as follows:

1. <u>Continuance</u>. Appellee Michael Boudloche, plan trustee, has moved for a continuance of the hearings set in the captioned cases on August 26, 2002. Appellant has opposed it.

2. <u>Why Appellant Wants to Hurry</u>. The Court will understand why Appellant has opposed a continuance, and is in a hurry, if it will have access to and see the file of a grievance filed by Appellee CKS Asset Management against Appellant, part of which still remains pending before Chief Judge George P. Kazen and Judge Keith P. Ellison, in Laredo.

3. <u>Judicial Notice Is Permissible</u>. Since this is a file of a federal court in this district, it would be permissible for this Court to take judicial notice of it. If the Court preferred, it could get a copy directly from Judge Kazen. Or Appellant would be glad to furnish a copy.

But if Appellant does furnish a copy, Appellees will have the right to see what is in it, and though CKS has seen it all, Appellee Boudloche has not. Since the same grievance was filed before the state bar by the CKS principal, and state law provides for the same to remain confidential, absent a court order; it would be more convenient for the parties and less conflict between state and federal law if the Court could deal with Judge Kazen directly.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully asks the Court to take judicial notice of the file of the grievance filed by Appellee CKS against Appellant in front of Chief Judge George P. Kazen in Laredo.

Respectfully submitted,

_Colin Kelly Kaufman_
Colin Kelly Kaufman, In propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662

Telephone (361) 888-8865
Telecopier (361) 888-8172

Certificate of Service

I certify I had one of the personnel at this law office serve the foregoing writing on the persons shown on the Appeal Service List which follows, by U.S. mail, first class postage prepaid, this 26th day of July, 2002.

_Colin Kelly Kaufman_
Colin Kelly Kaufman