IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
CHARLES B. FELDMAN   §
   DEBTOR

COLIN KELLY KAUFMAN   §
   APPELLANT   §   CA NO. B-02-073

V.   §

MIKE BOUDLOCHE, TRUSTEE   §
   APPELLEE   §

## AMENDED MOTION FOR CONTINUANCE

Now come Michael Boudloche, Trustee in the above-entitled and numbered cause, and make this his first verified Motion for Continuance and in support thereof show:

I.

This Court has set a pretrial conference on the above styled appeals for August 26, 2002 at 1:30p.m. Both the Trustee and his counsel of record, Michael B. Schmidt, will be at a Chapter 7 Trustee Seminar scheduled in Colorado from August 22, 2002 through August 25, 2002 (travel date of August 26) and therefore moves to reset this pretrial conference to September 10, 2000 at 2:00 p.m.

II.

This continuance is not sought for delay only, but that justice may be done.

WHEREFORE, Michael Boudloche, Movant, requests that the hearing now set in the above-entitled and numbered appeals be removed from their present setting of August 26, 2002 and be rescheduled for September 10, 20002 at 2:00 p.m.

DATED: July 30, 2002

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By:_____
Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, Texas 78475
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200       FBN: 10260
E-Mail: m_schmid@swbell.net
ATTORNEY FOR TRUSTEE

## VERIFICATION

STATE OF TEXAS          §

COUNTY OF NUECES     §

Before me, the undersigned, on this day personally appeared Michael B. Schmidt, Attorney for Michael Boudloche, Trustee, in the above-entitled and numbered appeals; that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.

_____
Michael B. Schmidt

Subscribed and sworned to before me on this 30th day of July, 2002, to certify which witness my hand and seal of office.

_____
Notary Public - State of Texas

SHARON YARNELL
Notary Public, State of Texas
My Commission Expires
06-02-2005

## AFFIDAVIT OF CONFERENCE

I have confer with Appellant and he is OPPOSED to this Motion for Continuance.

_____
Michael B. Schmidt

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 30th day of July, 2002 by regular U. S. mail, to the persons named below:

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Colin Kaufman
1106 Third St.
Corpus Christi, TX 78404-2312

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 7847

James Moon
6001 Summerside Dr. Ste 200
Dallas, TX 75252

Ron Simank
615 N. Upper Broadway, Ste 2000
Corpus Christi, TX 78476

Charles B. Feldman
Charles Feldman Investments
P. O. Box 3266
Harlingen, TX 78551

_____
Michael B. Schmidt