UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 1 2002

Michael N. Milby
Clerk of Court

IN RE:
CHARLES B. FELDMAN D/B/A                CASE NO. B-02-073
CHARLES FELDMAN INVESTMENTS

### TRUSTEE'S RESPONSE TO MOTION
### OF APPELLANT KAUFMAN FOR JUDICAL NOTICE

MIKE BOUDLOCHE, Plan Trustee (" Trustee") hereby files his Response to the Motion of the Appellant Kaufman for the Court to Take Judicial Notice and would respectfully respond as follows:

1.   Admit.

2.   Deny.

3.   Deny.

#### Further Response

4.   Appellant is attempting to improperly interject into this Appeal the record in the Grievance Proceeding against him now pending before Judge Kazen. The record before Judge Kazen as well as the Grievance Proceeding itself is not relevant to this Appeal. The Trustee is not a party to that Grievance Proceeding and the record in the Grievance Proceeding was not before the Bankruptcy Court when it rendered it decisions that are the subject of this Appeal. This Appeal in accordance with FRBP 8006 and 8007 is to be decided on the record established in the Bankruptcy Case and the evidence reflected in that record. It is improper to consider evidence outside the record established in the Bankruptcy Case, as it was not before the Bankruptcy Court when it reached its decision.

Wherefore Mike Boudloche, Trustee prays that this Court deny Appellant's Motion for Judicial Notice of the Grievance Proceeding, and such other and further relief to which he may be entitled.

DATED: July 30, 2002

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By:_____
Michael B. Schmidt
712 American Bank Plaza

Corpus Christi, Texas 78475
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200      FBN: 10260
E-Mail: m_schmid@swbell.net
ATTORNEY FOR TRUSTEE

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 30th day of July, 2002 by regular U. S. mail, to the persons named below:

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Colin Kaufman
1106 Third St.
Corpus Christi, TX 78404-2312

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 7847

James Moon
6001 Summerside Dr. Ste 200
Dallas, TX 75252

Ron Simank
615 N. Upper Broadway, Ste 2000
Corpus Christi, TX 78476

Charles B. Feldman
Charles Feldman Investments
P. O. Box 3266
Harlingen, TX 78551

Michael B. Schmidt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A                    CASE NO. B-02-073
CHARLES FELDMAN INVESTMENTS

## ORDER ON MOTION OF APPELLANT
## FOR THE COURT TO TAKE JUDICIAL NOTICE

    The Court has considered the Motion of the Appellant for the Court to Take Judicial Notice. The Court finds that such Motion should be DENIED.

    IT IS SO ORDERED.

_____
Hon Hilda Tagle
United States District Judge