United States District Court
Southern District of Texas
ENTERED

AUG 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: CHARLES B. FELDMAN D/B/A § CIVIL ACTION NO. B-02-073
CHARLES FELDMAN INVESTMENTS §

## ORDER

BE IT REMEMBERED that on August 16, 2002, the Court **GRANTED** Trustee's Amended Motion For Continuance [Dkt. No. 13]. The Initial Pretrial Conference is scheduled for September 10, 2002, at 3:00 p.m.

DONE in Brownsville, this 16th day of August 2002.

Hilda G. Tagle
United States District Court