*19*

# Civil Courtroom Minutes



**United States District Court**
**Southern District of Texas**
**FILED**

**SEP 1 0 2002**

**Michael N. Milby, Clerk of Court**

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas     ☐ Lehrman |

DATE: 09 — 10 — 02

TIME: a.m. / 3:00 p.m. — a.m. / 4:40 p.m.

CIVIL ACTION: B — 02 — 73 & 74

STYLE:
Kaufman
*versus*
CKS Asset Management Inc.

DOCKET ENTRY

(HGT)   ■ IPTC;       (Rptr.   Breck Record   )

Collin Kaufman         for     ■ Pltf Kaufman

Michael Schmidt        for     ☐ Ptf. #_____  ■ Deft. CKS

■     Comments:

1.  The Court ordered 1:2002cv073 and 1:2002cv74 be consolidated for all purposes. All future filings will be in 1:2002cv73, the earlier filed case.

2.  The Court asked Mr. Kaufman if he would like to postpone the hearing until he can seek the advice of counsel. Mr. Kaufman stated that he would prefer to have the hearing today so that the issues can be resolved before the Texas State Bar holds a hearing on disciplinary matters.

3.  The parties argued the matters on appeal from the United States Bankruptcy Court for the Southern District of Texas.

4.  The Court advised the parties that a memorandum of opinion and ruling will be forthcoming.