United States District Court
Southern District of Texas
FILED

JAN 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A                 §        CASE NO. 02-CV-73
CHARLES FELDMAN INVESTMENTS

## APPELLEE 'S DESIGNATION OF ADDITIONAL
## ITEMS TO BE INCLUDED IN THE RECORD

Comes now, Appellee, Michael Boudloche ("Trustee"), and files his Designation of

Additional Items to be included in the Record in the Appeal to the Fifth Circuit Court of Appeals

in the above styled and numbered cause and designates items to be included as follows:

Designation of Additional Items:

1. All Exhibits offered by CKS and admitted at trial held on February 22, 2002, in
   Bankruptcy Court summarized on the attached Exhibit "A".

2. All Exhibits offered by CKS and admitted at trial held June 22, 2001 in
   Bankruptcy Court, summarized on the attached Exhibit "B".

3. All document in the file in the Office of U.S District Judge Kazen which are the
   subject of Mr. Kaufman's Motion for the Court to Take Judicial Notice which was
   granted by the following Order (docket # 12).

4. Order of Judge Tagle affirming Bankruptcy Court, dated December 27, 2002
   (docket # 23).

LAW OFFICES OF MICHAEL B. SCHMIDT

By:_____

Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475
E-mail: mbsatty@swbell.net (for Court use only)
Office: 361/884-9949
Fax:    361/884-6000

TBN: 17775200, FBN 10260
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed, regular U.S. Mail, on this 21 day of January, 2003 to the persons listed below:

_____
Michael B. Schmidt

Colin Kaufman
1106 Third Street
Corpus Christi, TX 78404

Charles B. Feldman
Charles Feldman Investments
926 Lantana St.
Harlingen, TX 78550

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Barbara Kurtz
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476

Nancy Holley
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002

Ronald A. Simank
615 North Upper Broadway, Ste. 200
Corpus Christi, TX 78477

James P. Moon
2611 W. Ovilla Road
Red Oak, TX 75154

2

Steven A. Ditto
CKS Asset Management
6116 N. Central Expressway, Ste. 260
Dallas, TX 75206

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 78475

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS

| MAIN/ADV NO. 90-01254-B-11 | DEBTOR: Charles B. Feldman D/B/A Charles B. Feldman Investments |
|---|---|
| WITNESSES: | TaxPayer Identification Number: |
| * Colin Kelly Kaufman | VS. |
| Steven A. Ditto | |
| Michael Ridolfo | JUDGE: RICHARD SCHMIDT |
| Harold Z. Browning | COURTROOM STAFF: |
| Matthew A. Rosenstein | DATE: 01/22/02   AT: CORPUS CHRISTI |
| | PARTY'S NAME: CKS Asset Management, INC. |
| | ATTORNEY'S NAME: Matthew A. Rosenstein |
| | ATTORNEY'S PHONE: 361-883-5577 |
| * Adverse Witness | NATURE OF PROCEEDING: Removed Plan Trustee's Final Fee Application |

### EXHIBIT LIST

| TRIAL EX NO. | DESCRIPTION | DEPO No. | NR | OF | OJ | AM | DT | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|
| CKS 1 | Order Confirming 1st Amended Plan Of Reorganization | | | | | | | |
| CKS 2 | 1st Amended Plan Of Reorganization | K 3 | | | | | | |
| CKS 2a | Page 2 of 1st Amended Plan Of Reorganization | | | | | | | |
| CKS 3 | Modification To 1st Amended Plan Of Reorganization | K 4 | | | | | | |
| CKS 4 | Steven Ditto Letter Of CKS Asset Management's Purchase and Holding of Feldman "Claims" | K 12 | | | | | | |
| CKS 5 | Ditto Letter: Order to Submit Accounting for Review by CKS Asset Management. | K 13 | | | | | | |
| CKS 6 | Ditto Letter: Review of File Accounting prepared by Al White. | K 14 | | | | | | |
| CKS 7 | Letter to Colin Kaufman from Kirk Newsom; regarding distribution of funds. | K 15 | | | | | | |
| CKS 8 | CKS's Notice of Deposition and Bankruptcy Rule 2004 Examination of Kaufman, Ch. 11 Plan Trustee | K 1 | | | | | | |



EXHIBIT "A"

| CKS 9 | Order Denying "Plan Trustee's Original Opposed Expedited Motion For Protective Orders" | K 2 | | | | | |
|---|---|---|---|---|---|---|---|
| CKS 10 | Plan Confirmation with Reopend date. | | | | | | |
| CKS 11 | AK/RET Reporting, Records & Video, Inc Documents and | | | | | | |
| CKS 12 | Kaufman Fee Invoice | K 17 | | | | | |
| CKS 13 | Feldman Estate Payments Summary | K 16 | | | | | |
| CKS 14 | Plan Trustee's Proposed Final Report | | | | | | |
| CKS 15 | Plan Trustee's Original Opposed Expedited Motion For Protective Order | | | | | | |
| CKS 16 | CKS's Notice Of Deposition And Bankruptcy Rule 2004 Examination Of Kaufman | | | | | | |
| CKS 17 | Amounts Paid To Colin K Kaufman Without Court Approval | | | | | | |
| CKS 18 | Analysis Of Kaufman Deposition Exhibit K-17 (Kaufman Fee Invoice) | | | | | | |
| CKS 19 | Letter to Kaufman, April 27, 2001 requesting original documents per Judge Schimdt's ruling. | | | | | | |
| CKS 20 | Letter to Kaufman, May 4, 2001 second request for original documents per Judge Schmidt's ruling. | | | | | | |
| CKS 21 | May 7, 2001, Confidential: A Settlement Proposal | | | | | | |
| CKS 22 | May 15, 2001, Fax From Kaufman, Re: Schedules, Offer To Hire CKS Attys. As Special Counsel For Plan Trustee. | | | | | | |
| CKS 23 | Fee Invoice for Law Offices Of Matthew A. Rosenstein. | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CKS 24 | Order Removing Colin Kelly Kaufman as Plan Trustee | | | | | | | |
| CKS 25 | Agreed Corrected Order | | | | | | | |
| CKS 26 | Bankruptcy Court Minutes Page 3 of 3 | | | | | | | |
| CKS 27 | Transcript of Ruling June 28, 2001 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NOTE: This exhibit list is to be prepared in advance of trial by parties and furnished to the court in duplicate and served on the opposing parties.

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS

| MAIN/ADV NO. 90-01254-B-11 | DEBTOR: Charles B. Feldman D/B/A Charles B. Feldman Investments |
|---|---|
| WITNESSES: | TaxPayer Identification Number: |
| * Colin Kelly Kaufman | VS. |
| Steven A. Ditto | |
| Michael Ridulfo | JUDGE: RICHARD SCHMIDT |
| * Cael Hinojosa | COURTROOM STAFF: |
| *Sharon Kaufman | DATE: 06/22/01        AT: CORPUS CHRISTI |
| Harold Z. Browning | PARTY'S NAME: CKS Asset Management, INC. |
| Matthew A. Rosenstein | ATTORNEY'S NAME: MATTHEW A. ROSENSTEIN |
| | ATTORNEY'S PHONE: 361-883-5577 |
| * Adverse Witness | NATURE OF PROCEEDING: Plan Trustee's Final Accounting and Motion To Remove. |

### EXHIBIT LIST

| TRIAL EX NO. | DESCRIPTION | DEPO No. | NR | OF | OJ | AM | DT | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|
| CKS 1 | Order Confirming 1st Amended Plan Of Reorganization | | | | | | | |
| CKS 2 | 1st Amended Plan Of Reorganization | K 3 | | | | | | |
| CKS 2a | Page 2 of 1st Amended Plan Of Reorganization | | | | | | | |
| CKS 3 | Modification To 1st Amended Plan Of Reorganization | K 4 | | | | | | |
| CKS 4 | Steven Ditto Letter Of CKS Asset Management's Purchase and Holding of Feldman "Claims" | K 12 | | | | | | |
| CKS 5 | Ditto Letter: Order to Submit Accounting for Review by CKS Asset Management. | K 13 | | | | | | |
| CKS 6 | Ditto Letter: Review of File Accounting prepared by Al White. | K 14 | | | | | | |
| CKS 7 | Letter to Colin Kaufman from Kirk Newsom; regarding distribution of funds. | K 15 | | | | | | |
| CKS 8 | CKS's Notice of Deposition and Bankruptcy Rule 2004 Examination of Kaufman, Ch. 11 Plan Trustee | K 1 | | | | | | |



EXHIBIT "B"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CKS 9 | Order Denying "Plan Trustee's Original Opposed Expedited Motion For Protective Orders" | K 2 | | | | | | |
| CKS 10 | Plan Confirmation with Reopend date. | | | | | | | |
| CKS 11 | AK/RET Reporting, Records & Video, Inc Documents and | | | | | | | |
| CKS 12 | Kaufman Fee Invoice | K 17 | | | | | | |
| CKS 13 | Feldman Estate Payments Summary | K 16 | | | | | | |
| CKS 14 | Plan Trustee's Proposed Final Report | | | | | | | |
| CKS 15 | Plan Trustee's Original Opposed Expedited Motion For Protective Order | | | | | | | |
| CKS 16 | CKS's Notice Of Deposition And Bankruptcy Rule 2004 Examination Of Kaufman | | | | | | | |
| CKS 17 | Amounts Paid To Colin K Kaufman Without Court Approval | | | | | | | |
| CKS 18 | Analysis Of Kaufman Deposition Exhibit K-17 (Kaufman Fee Invoice) | | | | | | | |
| CKS 19 | Letter to Kaufman, April 27, 2001 requesting original documents per Judge Schimdt's ruling. | | | | | | | |
| CKS 20 | Letter to Kaufman, May 4, 2001 second request for original documents per Judge Schmidt's ruling. | | | | | | | |
| CKS 21 | May 7, 2001, Confidential: A Settlement Proposal | | | | | | | |
| CKS 22 | May 15, 2001, Fax From Kaufman, Re: Schedules, Offer To Hire CKS Attys. As Special Counsel For Plan Trustee. | | | | | | | |
| CKS 23 | Fee Invoice for Law Offices Of Matthew A. Rosenstein. | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NOTE:  This exhibit list is to be prepared in advance of trial by parties and furnished to the court in duplicate and served on the opposing parties.