IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40125

In The Matter Of: CHARLES B FELDMAN, doing business as
Charles B Feldman Investments

        Debtor

---

COLIN KELLY KAUFMAN, Trustee

        Appellant

v.

MICHAEL DAVID BOUDLOCHE, Trustee

        Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the joint motion of appellee, Michael David Boudloche and George Stone, Chapter 7 Bankruptcy Trustee for Colin K. Kaufman, to dismiss appeal is GRANTED

MOT-21

*U.S. COURT OF APPEALS FILED DEC - 5 2006 CHARLES R. FULBRUGE III CLERK*

*United States District Court Southern District of Texas FILED DEC 1 1 2006 Michael N. Milby Clerk of Court*

B-02-cv-74
B-02-cv-73

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
Deputy
New Orleans, Louisiana
DEC 0 5 2006