# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 5, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 03-40125 Kaufman v. Feldman
          USDC No. 1:02-CV-74
                  1:02-CV-73

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

              By: _____
                    Linda Miles, Deputy Clerk
                    504-310-7709

cc: w/encl:
    Mr Colin Kelly Kaufman
    Mr Michael B Schmidt

MDT-1