# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 28, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED
JAN - 2 2007
Michael N. Milby
Clerk of Court

    No. 03-40125  Kaufman v. Feldman
        USDC No.  1:02-CV-74
                  1:02-CV-73

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 7 ) Volumes ( 6 ) Boxes

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                    By: _Sabrina B. Short_
                        Sabrina B. Short, Deputy Clerk
                        504-310-7817

cc:  (letter only)
     Honorable Hilda G Tagle
     Mr Colin Kelly Kaufman
     Mr Michael B Schmidt


MDT-1