IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-40125

---

B02 CV 73

In The Matter Of: CHARLES B FELDMAN, doing business as
Charles B Feldman Investments

    Debtor

---

COLIN KELLY KAUFMAN, Trustee

    Appellant

v.

MICHAEL DAVID BOUDLOCHE, Trustee

    Appellee

---

U.S. COURT OF APPEALS
FILED
DEC - 5 2006
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN - 2 2007
Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the joint motion of appellee, Michael David Boudloche and George Stone, Chapter 7 Bankruptcy Trustee for Colin K. Kaufman, to dismiss appeal is GRANTED

ISSUED AS MANDATE: DEC 28 2006

MOT-21

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
    Deputy
New Orleans, Louisiana   DEC 28 2006