# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 27, 2006

United States District Court
Southern District of Texas
FILED

JAN 1 9 2007

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

   No. 03-40125 Kaufman v. Feldman
        USDC No.  1:02-CV-74
                  1:02-CV-73

Dear Mr Milby:

Please be advised that the MDT-1 letter dated December 5, 2006, was issued to your office in error and is therefore recalled.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                        By: _____
                            Linda Miles, Deputy Clerk
                            504-310-7709

cc:  Mr Colin Kelly Kaufman
     Mr Michael B Schmidt